

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2014

No. 04-13-00874-CR

George **GARCIA, JR**.,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-2210-CR-C
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due June 27, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2014.

_____
Keith E. Hottle
Clerk of Court